UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| EVARISTO GUTIERREZ | § § | |
| V. | § § | CIVIL ACTION NO._____ (DIVERSITY) |
| WAL-MART STORES, INC., WAL-MART STORES TEXAS, LLC, WAL-MART STORES TEXAS, LP. | § § § § | |

NOTICE OF REMOVAL OF ACTION UNDER
28 U.S.C. § 1441(B) (DIVERSITY)

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

**PLEASE TAKE NOTICE** that Defendant, **WAL-MART STORES TEXAS, L.L.C**, hereby removes to this Court the state court action described below.

1. On December 14, 2016, an action was commenced in the 197th District Court of Cameron County, Texas, entitled *Evaristo Gutierrez v. Wal-Mart Stores, Inc., Wal-Mart Stores Texas, L.L.C., Wal-Mart Stores Texas, L.P.*, in Cause Number 2016-DCL-08192, *a copy of which is attached hereto as Exhibit A*.

2. The first date upon which Defendant received a copy of the said complaint was December 19, 2016, when Defendant was served with a copy of the said complaint and a citation from the said State Court. A copy of the citation is *attached hereto as Exhibit K*. In accordance with Local Rule 81, the following constitutes all of the executed process, pleadings, and orders served upon Plaintiff and Defendant in this action:

   a) Plaintiff's Original Petition, Jury Demand, and Request for Disclosure;
   b) Plaintiff's First Requests for Admissions to Defendant Wal-Mart Stores, Inc.;
   c) Plaintiff's First Set of Interrogatories to Defendant Wal-Mart Stores, Inc.;
   d) Plaintiff's First Set of Requests for Production to Defendant Wal-Mart Stores, Inc.;
   e) Plaintiff's First Requests for Admissions to Defendant Wal-Mart Stores Texas, LLC;
   f) Plaintiff's First Set of Interrogatories to Defendant Wal-Mart Stores Texas, LLC;
   g) Plaintiff's First Set of Requests for Production to Defendant Wal-Mart Stores Texas, LLC;
   h) Plaintiff's First Requests for Admissions to Defendant Wal-Mart Stores Texas, LP;
   i) Plaintiff's First Set of Interrogatories to Defendant Wal-Mart Stores Texas, LP;

j) Plaintiff's First Set of Requests for Production to Defendant Wal-Mart Stores Texas, LP;
k) Copy of Return Citation of Defendant Wal-Mart Stores, Inc.;
l) Copy of Return Citation of Defendant Wal-Mart Stores Texas, LLC;
m) Copy of Return Citation of Defendant Wal-Mart Stores Texas, LP;
n) Docket Sheet - State Court;
o) Defendant's Original Answer, Affirmative Defenses and Special Exception to Plaintiff's Original Petition & Request for Disclosure;
p) Proposed Order Setting Hearing – Defendant's Special Exception;
q) Proposed Order Granting – Defendant's Special Exception;
r) Defendant's Request for Jury Trial; and
s) Defendant's Certificate of Written Discovery

In addition and in accordance with the Local Rule, Defendant includes a copy of the docket sheet of the state court matter *a copy of which is attached hereto as Exhibit N.*

3. This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. §1332, and is one which may be removed to this Court by Defendant pursuant to the provisions of 28 U.S.C. §1441(b) in that it is a civil action wherein the matter in controversy exceeds the sum of $75,000.00, exclusive of interest and costs, and is between citizens of different states. On December 19, 2016, the Plaintiff served upon the Defendant Plaintiff's Original Petition with Jury Demand, *a copy of which is attached hereto as Exhibit A.* In this Original Petition, Plaintiff pleads that they are seeking monetary damages over $100,000.00 but no more than $1,000,000.00. As such, the amount in controversy is in excess of $75,000.00, and removal is appropriate pursuant to 28. U.S. § 1441(b).

4. Defendant is informed and believes that Plaintiff Evaristo Gutierrez was and still is citizen of the State of Texas and resident of Cameron County, Texas.

5. Defendant, Wal-Mart Stores Texas, L.L.C., was, at the time of the filing of this action, and still is, a corporation incorporated under the laws of the State of Delaware, having its principal place of business in the State of Arkansas, and has been served summons and complaint in this action.

6. Copies of all pleadings, process, orders and other filings in the state-court suit are attached to this notice as required by 28 U.S.C. §1446(a).

7. Venue is proper in this district under 28 U.S.C. §1441(a) because the state court where the suit has been pending is located in this district.

8. Defendant will promptly file a copy of this notice of removal with the clerk of the state court where the suit has been pending.

9.  Plaintiff did demand a jury in the state court suit. Defendant likewise demanded a jury in the state court suit.

10. For the foregoing reasons, Defendant asks the Court to remove the suit to The United States District Court, Southern District of Texas, McAllen Division.

DATED: **January 18, 2017**

                Respectfully submitted,

                */s/ Jaime A. Drabek*
                Jaime A. Drabek, Attorney-in-Charge
                Federal ID No. 8643
                Ricardo G. Benavides, Attorney
                Federal ID No. 32205
                Travis W. Miller, Attorney
                Federal ID No. 1708834
                **DAW & RAY, L.L.P.**
                3900 N. 10th Street, Suite 950
                McAllen, Texas 78501
                Telephone: (956) 687-3121
                Facsimile: (956) 686-3188
                Email: jdrabek@dawray.com
                **ATTORNEYS FOR DEFENDANTS,**
                **WAL-MART STORES TEXAS, L.L.C.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been served via electronic mail on all known counsel of record on the **18th day of January, 2017**, to-wit:

Mr. Chad Pinkerton
Mr. Joshua R. Hilbe
**THE PINKERTON LAW FIRM, PLLC**
5020 Montrose Blvd, Suite 550
Houston, Texas 77006
Telephone: (713) 360-6722
Facsimile: (713) 360-6810
Email: jhilbe@chadpinkerton.com

                */s/ Jaime A. Drabek*
                Jaime A. Drabek

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | |
| | § | **AFFIDAVIT** |
| COUNTY OF HIDALGO | § | |

    **BEFORE ME**, the undersigned authority, on this day personally appeared Travis W. Miller of McAllen, Hidalgo County, Texas, who being by me duly sworn, deposes and says that he is an attorney for Defendant in the present cause filed by Evaristo Gutierrez; that he has been authorized to make this Affidavit; and that he has read the foregoing Notice of Removal and knows the contents thereof, and that the matters and facts therein contained are true and correct.

    FURTHER AFFIANT SAYETH NOT.

_____
Travis W. Miller, Affiant

    **SWORN TO AND SUBSCRIBED** before me on January 18, 2017, by the said Travis W. Miller.

JENNIFER GARCIA
Notary Public
STATE OF TEXAS
My Comm. Exp. Sept. 8, 2019

_____
NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS